# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MOUNTAIN VALLEY PIPELINE, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 7:19–CV–145** |
| ) | |
| **9.89 ACRES OF LAND, OWNED BY** ) | |
| **ELIZAEBTH LEE TERRY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

---------------------------------------------------------------

| | |
|---|---|
| **MOUNTAIN VALLEY PIPELINE, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 7:20–CV–136** |
| ) | |
| **0.32 ACRES OF LAND, OWNED BY** ) | |
| **GRACE MINOR TERRY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The court held a video conference in these matters on plaintiff's request when Plaintiff reported that Defendants Elizabeth Lee Terry, Hilah Parks Terry, and Grace Minor Terry failed to appear for their December 4, 2020, deposition. For the reasons discussed at the conference, it is hereby **ORDERED** that Defendants Elizabeth Lee Terry, Hilah Parks Terry, and Grace Minor Terry shall pay Plaintiff's court reporter costs associated with the December 4, 2020, deposition.

It is FURTHER ORDERED that

(1) Regarding the case <u>Mountain Valley Pipeline, LLC v. 0.32 Acres of Land, Owned by Grace Minor Terry</u> (7:20-cv-136):

    a. The deadline to conduct discovery is extended for 60 days. Defendants' motion to stay discovery (Dkt. 12) is **DENIED as moot**. During this 60-day period, Defendants may take a deposition of Plaintiff in accordance with Fed.R.Civ.P. 30(b)(6). Defendants' motion to compel (Dkt. 12) is **DENIED** to the extent it requires Plaintiff to produce particular witnesses for the 30(b)(6) deposition.

    b. All other deadlines in the Scheduling Order (Dkt. 1) remain unchanged; and

(2) Regarding the case <u>Mountain Valley Pipeline, LLC v. 9.89 Acres of Land, Owned by Elizabeth Lee Terry</u> (7:19-cv-145):

    a. Defendants' motion to compel Plaintiff to produce an engineering plat of the subject property (Dkt. 44) is **GRANTED**. Plaintiff shall produce the engineering plat within seven (7) days of this Order.

    b. Plaintiff shall depose Elizabeth Lee Terry prior to January 8, 2021.

    c. Defendants' motion to stay discovery (Dkt. 44) is **DENIED**.

    d. All other deadlines in the Amended Scheduling Order (Dkt. 37) remain unchanged.

It is so **ORDERED**.

Entered:  December 7, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge