CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
August 12, 2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:17-cv-492-EKD |
| | ) |
| EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN GILES COUNTY, CRAIG COUNTY, MONTGOMERY COUNTY, ROANOKE COUNTY, FRANKLIN COUNTY, AND PITTSYLVANIA COUNTY, VIRGINIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | |
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:20-cv-136-EKD |
| | ) |
| 2.20 ACRES OF LAND, OWNED BY FRANK H. TERRY, JR., INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF HILAH PARKS TERRY, DECEASED, *et al.*, | ) |
| | ) |
| Defendants. | ) |

<u>ORDER GRANTING SUMMARY JUDGMENT AND VESTING TITLE TO
EASEMENTS ON MVP PARCEL NO. VA-RO-4118</u>

This order applies to the tract owned by Frank H. Terry, Jr., individually and as Executor

of the Estate of Hilah Parks Terry, deceased, Elizabeth Lee Terry, a/k/a Elizabeth Lee Reynolds, John Coles Terry, III, and Grace Minor Terry ("defendants") described in paragraph 150 of the complaint.  The property is located in Roanoke County, Virginia, and described in deed recorded in Book 591, Page 418, in the land records of Roanoke County, Virginia, and identified as Tax Map Parcel 103.00-02-01.00-0000 and as MVP Parcel Number VA-RO-4118 (the "Property").

On October 13, 2017, the Federal Energy Regulatory Commission issued an order to Mountain Valley Pipeline, LLC ("MVP") to construct, maintain, and operate a natural gas pipeline along a route that includes the Property.

On October 24, 2017, MVP filed Case No. 7:17-cv-492 to condemn easements on the Property under Section 7 of the Natural Gas Act, 15 U.S.C. § 717f ("Easements").  As shown in the map attached as Exhibit 1, the Easements on the Property, as amended, include:

| | |
|---|---|
| Temporary Access Easement | 1.50 acres |
| Additional Workspace Easement | 0.70 acre |
| Total Acres, More or Less | 2.20 acres |

The amendments to the Easements were filed in Case No. 7:17-cv-492, Dkt. No. 1577.  The rights and privileges applicable to the Easements are described in the complaint, *id.*, Dkt. No. 1.  The description of these rights and privileges from the complaint is attached as Exhibit 2.

On January 31, 2018, the Court issued a memorandum opinion and an order granting MVP's motion for partial summary judgment and conditionally granting MVP's motion for immediate possession upon a determination of appropriate security.  Case No. 7:17-cv-492, Dkt. Nos. 339, 340.  On March 7, 2018, the Court determined security and entered an order granting MVP immediate possession of the Easements.  *Id.*, Dkt. No. 596.

On February 28, 2020, the Court directed the Clerk to open a new civil case for the Property.  Case No. 7:20-cv-136, Dkt. No. 1.

MVP filed amendments to the Easements on the Property on June 13, 2022.  Case No. 7:17-cv-492, Dkt. No. 1577.

This action was originally filed against Hilah Parks Terry and the Unknown Heirs or Assigns of Frank H. Terry, Sr.  On September 8, 2022, the Court granted MVP's motion to substitute the current defendants for the former defendants.  Case No. 7:17-cv-492, Dkt. No. 1588.

On January 9, 2024, MVP moved the Court for summary judgment on the amount of just compensation to be paid for the Easements.  Case No. 7:20-cv-136, Dkt. No. 49.  On April 2, 2024, MVP filed a supplement to its motion for summary judgment.  *Id*., Dkt. No. 58.  At the hearing on July 11, 2024, the Court announced that it would grant MVP's motion and award defendants $16,500 as the total amount of just compensation for the Easements on the Property.  *Id*., Dkt. No. 65.

Upon consideration of which and the record presented, it is therefore ORDERED as follows:

1. For the reasons set forth on the record at the July 11, 2024 hearing,

    (a) MVP's second motion to exclude testimony by defendants' expert Dennis Gruelle (Dkt. No. 57) is GRANTED; and

    (b) MVP's motion for summary judgment, as supplemented, (Dkt. Nos. 49, 58) is GRANTED; and

    (c) Judgment is hereby entered as to the Property.

2.   Just compensation for VA-RO-4118 is set in the amount of $16,500 plus accrued interest, which the Clerk shall continue to hold.

3.   The Clerk shall refund the balance of the $18,216 deposit on the Property plus any accrued interest to Mountain Valley Pipeline, LLC, c/o Seth Land, Penn, Stuart & Eskridge, P.O. Box 2288, Abingdon, Virginia 24212.

4.   At any time after the entry of this order, either defendants or MVP may apply for distribution of the just compensation to the proper parties. Defendants shall be responsible for satisfying any liens on the proceeds.

5.   Absolute and indefeasible title to the Easements is hereby vested in MVP and its successors and assigns.

6.   The Clerk of the Circuit Court of Roanoke County is requested to record this order in the land records of the County and appropriately index the order in the names of Frank H. Terry, Jr., individually and as Executor of the Estate of Hilah Parks Terry, deceased, Elizabeth Lee Terry, a/k/a Elizabeth Lee Reynolds, John Coles Terry, III, and Grace Minor Terry, as grantors, and Mountain Valley Pipeline, LLC, as grantee.

Entered: August 12, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge