IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
October 23, 2024
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,            )<br>                                                                  )<br>            Plaintiff,                                    )<br>                                                                  )<br>                                                                  )<br>v.                                                             )<br>                                                                  )<br>                                                                  )<br>EASEMENTS TO CONSTRUCT, OPERATE, )<br> AND MAINTAIN A NATURAL GAS        )<br> PIPELINE OVER TRACTS OF LAND IN  )<br> GILES COUNTY, CRAIG COUNTY,          )<br> MONTGOMERY COUNTY, ROANOKE    )<br> COUNTY, FRANKLIN COUNTY, AND    )<br> PITTSYLVANIA COUNTY, VIRGINIA,     )<br> *et al.*,                                                )<br>                                                                  )<br>            Defendants.                              ) | Case No. 7:17-cv-492-EKD |
| MOUNTAIN VALLEY PIPELINE, LLC,            )<br>                                                                  )<br>            Plaintiff,                                    )<br>                                                                  )<br>                                                                  )<br>v.                                                             )<br>                                                                  )<br>                                                                  )<br>2.20 ACRES OF LAND, OWNED BY         )<br>FRANK H. TERRY, JR., INDIVIDUALLY   )<br>AND AS EXECUTOR OF THE ESTATE OF )<br>HILAH PARKS TERRY, DECEASED, *et al.*,)<br>                                                                  )<br>            Defendants.                              ) | Case No. 7:20-cv-136-EKD |

## ORDER GRANTING JUDGMENT AND VESTING TITLE TO EASEMENTS ON MVP PARCEL NO. VA-RO-4118

This order applies to the tract owned by Frank H. Terry, Jr., individually and as Executor of the Estate of Hilah Parks Terry, deceased, Elizabeth Lee Terry, a/k/a Elizabeth Lee Reynolds, John Coles Terry, III, and Grace Minor Terry (the "Terrys") described in paragraph 150 of the complaint. The property is located in Roanoke County, Virginia, and described in deed recorded in Book 591, Page 418, in the land records of Roanoke County, Virginia, and identified as Tax Map Parcel 103.00-02-01.00-0000 and as MVP Parcel Number VA-RO-4118 (the "Property").

On October 13, 2017, the Federal Energy Regulatory Commission issued an order to Mountain Valley Pipeline, LLC ("MVP") to construct, maintain, and operate a natural gas pipeline along a route that includes the Property.

On October 24, 2017, MVP filed Case No. 7:17-cv-492 to condemn easements on the Property under Section 7 of the Natural Gas Act, 15 U.S.C. § 717f ("Easements"). The Easements, as amended, are shown on the map attached as Exhibit 1. The amendments to the Easements were filed in Case No. 7:17-cv-492, Dkt. No. 1577. The rights and privileges applicable to the Easements are described in the complaint, *id.*, Dkt. No. 1. The description of these rights and privileges from the complaint is attached as Exhibit 2.

On January 31, 2018, the court issued a memorandum opinion and an order granting MVP's motion for partial summary judgment and conditionally granting MVP's

2

motion for immediate possession upon a determination of appropriate security.  Case No. 7:17-cv-492, Dkt. Nos. 339, 340.  On March 7, 2018, the court determined security and entered an order granting MVP immediate possession of the Easements.  *Id.*, Dkt. No. 596.

On February 28, 2020, the court directed the Clerk to open a new civil case for the Property.  Case No. 7:20-cv-136, Dkt. No. 1.

MVP filed amendments to the Easements on the Property on June 13, 2022.  Case No. 7:17-cv-491, Dkt. No. 1577.

This action was originally filed against Hilah Parks Terry and the Unknown Heirs or Assigns of Frank H. Terry, Sr.  On September 8, 2022, the court granted MVP's motion to substitute the current defendants for the former defendants.  Case No. 7:17-cv-492, Dkt. No. 1588.

On January 9, 2024, MVP moved the court for summary judgment on the amount of just compensation to be paid for the Easements.  Case No. 7:20-cv-136, Dkt. No. 49.  On April 2, 2024, MVP filed a supplement to its motion for summary judgment.  *Id.*, Dkt. No. 58.  Following briefing and argument, on August 12, 2024, the court entered its order granting summary judgment and awarding the Terrys $16,500 as the total amount of just compensation for the Easements on the Property.  *Id.*, Dkt. No. 72.  As part of the order, the court directed the Clerk to hold $16,500 plus accrued interest.  The court allowed the parties to apply for distribution of this amount, but no party has requested disbursement.

The court also directed the Clerk to pay the balance of the deposit for the Property, plus accrued interest, to Mountain Valley Pipeline, LLC, which the Clerk has done.

The Terrys appealed the court's decision, the appeal was dismissed with prejudice by agreement of the parties, and the case has been remanded to this court. Pursuant to the parties' settlement agreement, the court enters judgment as stated herein.

The amount held by the Clerk ($16,500), plus accrued interest on this amount, shall be paid by check to the Terrys and mailed to Joseph Sherman, Poole Brooke Plumlee, P.C., 4705 Columbus Street, Suite 100, Virginia Beach, VA 23462. Lollar Law has waived its lien as to this amount.

Additionally, MVP shall pay to the Terrys the remaining amount owed under MVP's settlement agreement with the Terrys. Counsel for the Terrys shall deposit these payments in his current firm's client trust account and shall be responsible for satisfying any amount owed to Lollar Law from these proceeds before distribution to the Terrys.

Absolute and indefeasible title to the Easements on the Property already was vested in MVP and its successors and assigns, and it remains so vested.

The Clerk of the Circuit Court of Roanoke County is requested to record this order in the land records of the County and appropriately index the order in the names of Frank H. Terry, Jr., individually and as Executor of the Estate of Hilah Parks Terry, deceased,

Elizabeth Lee Terry, a/k/a Elizabeth Lee Reynolds, John Coles Terry, III, and Grace Minor Terry, as grantors, and Mountain Valley Pipeline, LLC, as grantee.

Entered: October 23, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge